STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MAX BARNETT, PLAINTIFF IN ERROR.

Argued October 28, 1932—Decided January 23, 1933.

For the defendant in error, *Louis A. Repetto.*

For the plaintiff in error, *Cole & Cole.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court, and reported in 109 *N. J. L.* 193.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ.   11.

*For reversal*—None.